UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OEC FREIGHT,

                Plaintiff,

- against -

GREN AUTOMOTIVE, INC.,

                Defendant.

**ECF CASE**

08 Civ. 10133 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the February 24, 2009 initial conference in the above-captioned action is adjourned until February 27, 2009 at 10:00 am in Courtroom 14C of the United States Courthouse, 500 Pearl Street, New York, New York. It is further

        ORDERED that the parties are to submit a joint letter and a jointly-proposed case management plan to the Court via fax by 5:00 pm on February 24, 2009. The parties should consult the "Notice of Pretrial Conference" dated January 9, 2009 for a description of the content of these submissions. (Docket No. 5)

Dated: New York, New York
       February 23, 2009

SO ORDERED.

*Paul G. Gardephe* (signature)
Paul G. Gardephe
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/09