UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OEC FREIGHT,

      Plaintiff,

- against -

GREN AUTOMOTIVE, INC.,

      Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/09

ORDER

08 Civ. 10133 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  WHEREAS during a September 25, 2009 telephone conference in the above-captioned action, both parties consented to a thirty-day order dismissing the action with prejudice; it is hereby

  ORDERED that the above-captioned action shall be dismissed with prejudice but without costs; provided, however, that either party may apply to this Court by letter before **October 27, 2009** for restoration of this action to the Court's calendar.  It is further

  ORDERED that the parties shall submit a joint letter to the Court via fax no later October 1, 2009 explaining whether Defendant has made its final payment to Plaintiff.

  The Clerk of the Court is directed to close the case.

Dated: New York, New York
   September 25, 2009

          SO ORDERED.

          _____
          Paul G. Gardephe
          United States District Judge